AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

**for the**

**Western District of New York**

**United States of America**

**v.**

**Case No. 15-MJ- 4028**

**MARAIDA ECHEVARRIA, and**
**CHRISTIAN NARTEY a/k/a Brisco,**

*Defendants*

## CRIMINAL COMPLAINT

I, PETER UZAROWSKI, the complainant in this case, state that the following is true to the best of my knowledge and belief that in the Western District of New York, the defendants violated offenses described as follows:

On or about November 2013 through February 2014, there is probable cause to believe that **MARAIDA ECHEVARRIA and CHRISTIAN NARTEY a/k/a Brisco** did conspire with each other and others known and unknown to violate Title 18, United States Code, Section 1591 and did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, and obtain a person, that had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and 1594(c);

and during in or about January 2014, **MARAIDA ECHEVARRIA and CHRISTIAN NARTEY a/k/a Brisco** did knowingly transport in interstate commerce a person who had not attained the age of 18 years, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2423(a).

**SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT PETER UZAROWSKI.**

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

S.A. PETER UZAROWSKI, HSI/ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 13, 2015

*Judge's signature*

HONORABLE MARIAN W. PAYSON
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State: Rochester, New York

15-MJ-4028

# AFFIDAVIT

STATE OF NEW YORK )
COUNTY OF MONROE ) SS:
CITY OF ROCHESTER )

Peter Uzarowski, being duly sworn, depose and state:

1. I am a Special Agent (SA) with the Department of Homeland Security, Homeland Security Investigations (hereinafter, "HSI"), assigned to the Special Agent in Charge, Buffalo, New York. I have been employed as a Special Agent since November of 2006. During my employment with HSI, I have participated in multiple investigations and/or criminal prosecutions concerning human trafficking and prostitution.

2. I am currently assigned to the Federal Bureau of Investigation's (FBI) Child Exploitation Task Force in Rochester, New York. This task force is made up of Special Agents from the FBI and HSI as well as investigators from the Rochester Police Department and the Monroe County Sheriff's Office.

3. As a member of the Child Exploitation Task Force, I am currently involved in an investigation that involves a violation of Title 18, United States Code, Section 1591(a)(1) (Sex Trafficking of Children); Title 18, United States Code Section 1594(c) (Conspiracy) and Title 18 United States Code Section 2423(a) (Transportation of a Minor to Commit a Sex Act).

4. My investigation specifically involves an individual that promoted prostitution in the Western District of New York by advertising, arranging, and profiting from young women, at least one of which was under the age of 18, to engage in commercial sex acts, which occurred in Rochester, New York, and elsewhere as well as knowingly transporting an individual interstate, with intent that such individual engage in prostitution. As set forth below, Maraida ECHEVARRIA and Christian NARTEY a/k/a Brisco conspired together and actively recruited and obtained females to engage in the commercial sex trade. Specifically, ECHEVARRIA and NARTEY utilized a 17 year old female identified herein as MF1 to engage in commercial sex acts. Furthermore, ECHEVARRIA and NARTEY transported MF1 from Rochester, New York to Edison, New Jersey for the purpose of prostitution.

5. This affidavit is submitted for a limited purpose, that is, a probable cause determination for issuance of the sought criminal complaint and arrest warrants. Not all facts of the investigation are contained herein. The facts set forth in this affidavit are based upon my own personal knowledge; knowledge obtained from other individuals, including law enforcement officers and industry representatives; my review or the review by other law enforcement officers of documents of undercover law enforcement activities related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

## BACKGROUND OF THE INVESTIGATION

6. On February 27, 2014, at 8:41pm, a backpage.com (a website that posts classified ads across state lines) escort advertisement was posted in Rochester, New York for a female named Hanna, who was purported to be 19 years old. The narrative of the advertisement, which is listed under Post ID number 13621852 stated, "Hello I'm Hanna an upscale companion who loves to take my time and relax your senses from the moment we meet, I pride myself on delivering nothing but the best companionship to gentlemen. I provide a upscale experience, no drama No games Call or Text ME @ 585-284-3123 (No black Males)(Gents 30+ Only) (220Fh)." In addition to the narrative, five photographs of a young blonde female wearing her underwear were attached to the advertisement.

7. On February 28, 2014, the Police Department (GPD) conducted an undercover prostitution sting at the Motel 6, which is located at 155 Buell Road, Gates, New York. During their operation, GPD officers called the number listed in the advertisement above and were instructed by the female to come to room 215 of the Motel 6. The undercover GPD officer went to the room and met a young female, who was later identified as Minor Female 1 (MF1) with a date of birth of xx xx 1996. At the time, MF1 was 17 years old. The GPD officer gave MF1 money in exchange for sexual favors that were promised.

8. A GPD Officer, who came to room 215 to assist the undercover officer in the arrest of MF1, noticed a male and female in a hallway outside of room 215. The GPD obtained the invoice for room 215, which revealed that the room was rented to Brandon

Brown-Noble of 58 Wilbur Street, Rochester, New York. The GPD Officer later looked at photograph of Brandon Brown-Noble from a previous arrest photograph and identified Brown-Noble as the male individual in the hallway near room 215. During a post-arrest interview of MF1 by GPD Officers, MF1 identified the female in the hallway as her best friend, "Marotta," but refused to give further details about "Marotta" or Brown-Noble's involvement in the crime.

9. Backpage.com provided the following administrative data for this advertisement to investigators. The email listed is misspotent@yahoo.com . The user was created on May 6, 2010, and the email was verified on June 9, 2014. The ad was created on February 26, 2014.

10. Investigators received information from Cricket Communications, which reveal that the 585-284-3123 telephone number listed in the advertisement was activated on February 27, 2014 by subscriber "Marada Echevaria" of 191 Emerson Street, Rochester, New York and deactivated on March 2, 2014.

## INTERVIEW OF MINOR FEMALE 1

11. On March 5, 2014, Rochester Police Department (RPD) Investigator and FBI Task Force Officer (TFO) Brian Tucker and HSI SA Peter Uzarowski interviewed MF1 in Rochester, New York. During the interview, MF1 stated that she stopped living with her mother in Rochester, New York around the end of last year's (2013) school year when she was 17 years old. MF1 stated that she had been prostituting for a long period of time under

the direction of Maraida ECHEVARRIA. Record checks show that ECHEVARRIA's date of birth is xx-xx-1989. FBI#670675JD7 reflects that ECHEVARRIA has multiple arrests in New York State for prostitution, unlicensed driving, and criminal impersonation.

12. MF1 stated that MF1 and ECHEVARRIA resided at ECHEVARRIA's residence at 191 Emerson Street in Rochester, New York for a couple months and that this began in November 2013. MF1 stated that she had nowhere else to go. When MF1 first met ECHEVARRIA, she (MF1) was honest about being 17 years old. MF1 indicated that ECHEVARRIA was posting advertisements on backpage.com.com and prostituting herself. One day, in November 2013, ECHEVARRIA told MF1 to get ready because she (MF1) was going to service a client. MF1 stated that she gave the client oral and sexual intercourse in return for money. MF1 stated that she felt she had no choice but to comply because she was living there and had nowhere else to go. MF1 stated that the rates were set by ECHEVARRIA, and they were $220 per hour or $140 for 30 minutes. MF1 stated that she was taught by ECHEVARRIA to get the money prior to having sex with the client and also to touch the man's penis to make sure it was not a law enforcement officer. MF1 stated, "everything I know in that lifestyle she taught me."

13. MF1 stated that ECHEVARRIA posted the backpage.com advertisements. She said ECHEVARRIA utilized "fake" photographs (i.e. photographs of other girls that she found on the internet and not MF1). MF1's name on backpage.com was mostly Cassie, however, when business was slow, ECHEVARRIA would change the name on the advertisements to Hanna, Aubrey, and Amber.

14. MF1 stated that ECHEVARRIA paid for the backpage.com advertisements using prepaid credit cards. MF1 stated that ECHEVARRIA utilized the name "Miss Potent" for the backpage.com registration fields, and ECHEVARRIA's backpage.com password was "MARAIDA." MF1 stated that ECHEVARRIA did take revealing photographs of MF1 in her bras and panties. She stated that ECHEVARRIA would sometimes text messages with MF1's photographs to prospective clients to prove to the clients that MF1 was a real person and the photographs that were on the backpage.com were not fake (even though the backpage.com pictures were not MF1).

15. MF1 said she prostituted for ECHEVARRIA from November 2013 until February 27, 2014, when she was arrested by the GPD. MF1 stated that most of the customers were older white males and that much of the prostitution the activity occurred at their residence at 191 Emerson. She indicated that they also did outcalls at the clients' hotel rooms. Some of the hotels utilized by MF1 and ECHEVARRIA were the Hyatt, Radisson, and the Motel 6. MF1 stated that they also performed in calls at local hotel rooms.

16. MF1 stated that ECHEVARRIA would normally post advertisements for MF1's prostitution services every day or twice a day: one advertisement in the morning and usually one at night. When she first met ECHEVARRIA, she (ECHEVARRIA) was dating a man named Brisco, whose real name was Christian. The investigation has revealed that Brisco is an individual named Christian NARTEY, date of birth February 21, 1991. MF1

indicated that NARTEY became ECHEVARRIA's boyfriend and driver for prostitution purposes.

17. MF1 stated that the weekend before the 2014 Super Bowl she, ECHEVARRIA, and NARTEY traveled in a rental car to Edison, New Jersey. The purpose of the trip was to work as a prostitute while many people traveled to the area for the Super Bowl. MF1 stated that ECHEVARRIA posted an advertisement on backpage.com for MF1 and ECHEVARRIA. They checked into a hotel, which she believed to be the Red Roof in Edison, New Jersey. In New Jersey, they received a call from multiple men who had a house in New Jersey. MF1 and ECHEVARRIA went to the house. MF1 stated that she "entertained" the men, who were very drunk, while ECHEVARRIA stole money from their wallets, which were in another room. At this point, ECHEVARRIA advised MF1 to excuse herself from the room and say that she had to use the bathroom. On ECHEVARRIA's orders, MF1 went to the bathroom; she crawled out of the window. MF1 said they fled the house stealing the men's money.

18. MF1 stated that she would give all of her earnings to ECHEVARRIA. MF1 said she did get to keep $100 sometimes, but that did not start until January 2014. MF1 stated that she earned ECHEVARRIA a lot of money. MF1 stated that she performed prostitution services on many men but could not estimate how many at this time. MF1 confirmed that she worked as a prostitute for ECHEVARRIA seven days a week, every week, from November 2013 until late February 2014 when she was arrested.

19. MF1 stated that ECHEVARRIA provided her marijuana, Stewies (pills that MF1 believed to be ecstasy), Black Monkeys (unknown pills), and Molly (capsule or powder MDMA). MF1 stated that the pills eased her mind and made it easier for her to have sex with guys while working as a prostitute for ECHEVARRIA.

20. MF1 stated that after she started to prostitute, MF1 was doing most of, if not all the prostituting. In contrast, ECHEVARRIA posted the ads, arranged the calls, and collected the money. MF1 stated that ECHEVARRIA did advertise a few times and did have her regular clients that would call, including a regular that lived in Clifton Springs, New York. That client would pay ECHEVARRIA not to advertise and be with others. MF1 stated that she (MF1) would be in hotel rooms by herself meeting with clients and performing commercial sex acts. MF1 said she would text ECHEVARRIA once the client came to the room and gave her the money. ECHEVARRIA would then come to the room and take the money earned by MF1 prior to the sex act taking place.

21. MF1 stated that ECHEVARRIA got evicted from the 191 Emerson Street in early February 2014. After that time and until her arrest on February 28, 2014, MF1 had been residing in local hotels and prostituting for ECHEVARRIA. MF1 said that ECHEVARRIA had told her that if she ever got arrested she would bail her out and take care of her. MF1 stated that ECHEVARRIA screened the last call that turned out to be the police, and MF1 was arrested by GPD. The GPD had MF1 call ECHEVARRIA, but she would not take her telephone calls.

22. On April 10, 2014, TFO Tucker and SA Uzarowski interviewed MF1. During the interview, MF1 was asked about her trip to Edison, New Jersey with ECHEVARRIA and NARTEY. MF1 stated that she did have vaginal intercourse with one of the men at the house in New Jersey. She explained they had worked out an agreement with the guys that the fee was supposed to be $100 per guy for sex with the girls. MF1 stated that she remembers they were staying at the Red Roof Inn in Edison, New Jersey, and ECHEVARRIA had posted an advertisement for MF1 utilizing the escort name of "Cassie." MF1 stated that after they robbed the men they left New Jersey because ECHEVARRIA thought there were too many cops in the area because of the Super Bowl.

23. On May 13, 2014 TFO Brian Tucker and Special Agent Peter Uzarowski met with MF1 at the United States Attorney's Office in Rochester, New York. The only information that MF1 provided that was formerly unknown to investigators was information relating to her trip to New Jersey. MF1 stated that, when NARTEY and ECHEVARRIA drove MF1 to New Jersey for the purpose of prostitution, MF1 performed a commercial sex act with a client at the hotel in New Jersey. After that, MF1 went to the "outcall" in which ECHEVARRIA stole money from the men that hired MF1 and ECHEVARRIA to perform commercial sex acts.

TRANSPORTING MINOR FEMALE 1 TO NEW JERSEY

24. Investigators received information received from backpage.com.com, which reveals that an advertisement for an escort was posted on Central Jersey, New Jersey backpage.com, on January 26, 2014, at 9:18pm. The title of this advertisement was listed as

'Finally Here New to Town- Sexy Petite In/Outcall Specials Don't Miss Out- 19'. The post ID number for this ad is 17244810. The narrative of the ad states, "Hey guys Im Cassie Are you ready for a MEMORABLE time? Then stop here and let me give you my special touch. I'm more than sure I can send you away with a SMILE. So lets have a nice time tonight. Treat yourself to an exotic beauty who provides to quality entertainment. I am a SWEET & SEXY HOTTIE with a PETITE CURVY BODY. Ready to play! I'm always in the mood for company Independent 100%Real & Recent Photos Call me so we can get started 585*775*3214 (No Black Males) Gents 30+only 220Fh." In addition, nine photographs of a young white female with dirty blonde hair are attached to the advertisement.

25. Backpage.com provided the following administrative data for this advertisement. The email listed is: misspotent@yahoo.com. The user was created on January 24, 2014 at 12:42pm EST, and the email was verified on May 10, 2014. The ad was created on January 24, 2014 12:43pm EST.

26. Investigators received information received from Cricket Communications and Nuestar Inc., which reveals the subscriber of telephone number 585-775-3214 when backpage.com.com advertisement 17244810 was posted. On January 13, 2014, 585-775-3214 was activated by "Marada Echevaria", who provided an address of 191 Emerson Street, Rochester, New York, 14613. On February 7, 2014, the telephone was deactivated.

27. Investigators received information from the Red Roof Inn located at 860 New Durham Road, Edison, New Jersey, which documents a Christian NARTEY hotel room

rental. According to the hotel invoice, NARTEY, CT of 714 Otis Street, Rochester, New York 14606, rented room 210 with an arrival date of January 25, 2014 (Saturday) and a departure date of January 27, 2014 (Monday). The cost of the room was $165.35, and the room was paid for in cash.

28. Investigators received information from Enterprise Rental Car relating to a vehicle associated to NARTEY. On January 23, 2014, at 5:19pm, Cheryl O'Connell rented a white 2013 Chrysler 200 bearing Michigan license plate CMN2027 from Enterprise Rental Car in Rochester, New York. The scheduled return date was January 30, 2014. Cheryl O'Connell appears to be a relative of Katelynn O'Connell DOB. Katelynn O'Connell appears to be one of the mothers of NARTEY'S children.

29. On January 27, 2014, at 9:41am Christian NARTEY was arrested for Aggravated Unlicensed Operation by the New York State Police (NYSP) in Junius, New York while traveling westbound on the I-90. At the time of arrest, NARTEY was driving a white 2013 Chrysler bearing Michigan license plate CMN2027 and owned by Enterprise car rental. According the NYSP incident report, NARTEY was traveling with MF1 and Chaida ECHEVARRIA (Maraida's sister). MF1 provided her correct date of birth to the NYSP in the presence of ECHEVARRIA and NARTEY.

30. On February 10, 2015, HSI Special Agent (SA) Peter Uzarowski and FBI SA Barry Couch telephonically interviewed MF1. During the interview, MF1 provided the following information about her trip back from New Jersey, on January 27, 2014. MF1

stated that she traveled back from New Jersey with NARTEY and Maraida ECHEVARRIA in a rental car. MF1 stated that on the way back from New Jersey the group was pulled over by police, and NARTEY was arrested for not having a drivers' license. MF1 stated that she gave the police her name, but ECHEVARRIA gave the police the name of her sister Chaida ECHEVARRIA. MF1 believed that ECHEVARRIA lied about her name to the police because ECHEVARRIA thought she had an outstanding warrant under her real name. In addition, MF1 believed that at the time Chaida ECHEVARRIA did not have a criminal record and was not wanted by the police.

INTERVIEW OF CHRISTIAN NARTEY A/K/A BRISCO

31. On February 11, 2015, FBI SA Barry Couch and TFO Brian Tucker interviewed NARTEY in Rochester, New York. NARTEY was informed that law enforcement was investigating another individual believed to be sex trafficking girls under the age of 18 named Stephen JONES. NARTEY knew this person as "Steve-O". When asked if he knew Steve-O was into prostitution activities, NARTEY said, "Yea".

32. NARTEY was then advised that law enforcement knew NARTEY was prostituting women as well. NARTEY agreed and responded by saying that what Steve-O was doing was wrong, but if he (NARTEY) is "dating a girl", and she does her own thing that's o.k. NARTEY said that it was never against their will and what he (NARTEY) did was not the same as what Steve-O was doing.

33. NARTEY was told that TFO Tucker knew he had gone to New Jersey for the Super Bowl. NARTEY admitted that he drove to New Jersey and rented the hotel room in his name. NARTEY admitted that he went to New Jersey with ECHEVARRIA and MF1, who he knew by name. NARTEY said he thought that ECHEVARRIA already had girls down there "working". NARTEY confirmed that ECHEVARRIA prostituted girls and that she asked him to drive to New Jersey. Since ECHEVARRIA paid for everything, NARTEY agreed. NARTEY said he knew MF1 and ECHEVARRIA met with a group of guys while they were there, but he thought they had "done what they went there to do". NARTEY said he did not know about the robbery.

34. When asked if he did prostitute girls that he had "relationships" with, while the girls were doing "their own thing," and he was not forcing them, NARTEY acknowledged that was the case. NARTEY said he would get free hotel rooms, clothes, and sneakers out of it. TFO Tucker responded by saying it was like "the gravy train". NARTEY responded to TFO Tucker's comment with, "that's how I look at it," as he was laughing.

## CONCLUSION

WHEREFORE, I respectfully submit that the foregoing information establishes probable cause to believe that Maraida ECHEVARRIA and Christian NARTEY a/k/a Brisco violated Title 18, United States Code, Sections 1591(a)(1) and 1594(c) in that during the period of at least November 2013 through February 2014, in the Western District of New York, they conspired with each other to and did knowingly, in and affecting interstate

commerce, recruit, entice, harbor, transport, and obtain and individual (MF1) knowing or having had a reasonable opportunity to observe that MF1 was under the age of 18 that MF1 would be caused to engage in a commercial sex act. In addition, ECHEVARRIA and NARTEY violated Title 18, United States Code, Section 2434(a), in that during January 2014, they knowingly transported MF1 in interstate commerce, knowing she was under the age of 18, with intent that she would engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense.

I further request that a Criminal Complaint in the form annexed be issued.

Peter Uzarowski
Special Agent
Homeland Security Investigations

Subscribed to and sworn before me

this 13 day of February 2015.

HON. MARIAN W. PAYSON
United States Magistrate Judge