IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-vs-

CHRISTIAN NARTEY a/k/a Brisco,

                      Defendant.

15-CR-6106 CJS

**INFORMATION**
(Felony)

**Violation:**
18 U.S.C. § 1594(c)

## COUNT 1

**The United States Attorney Charges That:**

Between in or about November 2013 and in or about February 2014, in the Western District of New York, and elsewhere, the defendant, CHRISTIAN NARTEY a/k/a Brisco, did knowingly, willfully and unlawfully combine, conspire and agree with Maraida Echevarria, to knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, in and affecting interstate and foreign commerce, Victim 1, a person under the age of 18, knowing and in reckless disregard of the fact that Victim 1 had not attained the age of 18 years and that Victim 1 would be caused to engage in a commercial sex act in violation of Title 18, United States Code, Section 1591(a)(1).

**All in violation of Title 18, United States Code, Section 1594(c).**

DATED:   Rochester, New York, September 22, 2015.

                              WILLIAM J. HOCHUL, JR.
                              United States Attorney

BY:   _____
          MELISSA M. MARANGOLA
          Assistant United States Attorney
          United States Attorney's Office
          Western District of New York
          100 State Street, Suite 500
          Rochester, New York 14614
          585-399-3925
          Melissa.Marangola@usdoj.gov